IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| HENRY COSEY | § | |
| v. | § | CIVIL ACTION NO. 6:17cv694 |
| DIRECTOR, TDCJ-CID | § | |

MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
ON PETITIONER'S MOTION TO ALTER OR AMEND THE JUDGMENT

The Petitioner Henry Cosey, a prisoner of the Texas Department of Criminal Justice, Correctional Institutions Division proceeding *pro se*, filed this application for the writ of habeas corpus under 28 U.S.C. §2254 challenging prison disciplinary action taken against him. This Court referred the matter to the Honorable John D. Love, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court.

The petition was dismissed with prejudice on September 25, 2018. The Petitioner subsequently filed a Fed. R. Civ. P. 59(e) motion to alter or amend the judgment. After review of the pleading, the magistrate judge recommended that the motion to alter or amend the judgment be denied. The petitioner filed objections, but these did not address the basis for the magistrate judge's recommendation.

The court conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes Plaintiff's objections lack merit.

ORDER

Accordingly, Plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. The Plaintiff's motion to alter or amend the judgment is **DENIED**. Fed. R. Civ. P. 59(e).

**SIGNED** this the 3 day of **May, 2019.**

_____
Thad Heartfield
United States District Judge